IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

HIAWATHA PHILLIP THORNTON,

    Plaintiff,

vs.

ALBERT WILLIFORD, JR., CO II;
LT. R. GOURLEY, Nurse; Nurse MOCK;
Captain McGAULEY; TONY HOWERTON;
RANDALL HOLDEN; and STEVE
ROBERTS

    Defendants.

CIVIL ACTION NO.: CV503-072

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED**. This case is **dismissed**, without prejudice, due to Plaintiff's failure to exhaust administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 11th day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

Hiawatha Phillip Thornton )

vs ) CASE NUMBER CV503-072

Albert Williford, Jr., et al. ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/11/05, which is part of the official record of this case.

Date of Mailing: 5/11/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Deron R. Hicks, Page, Scrantom, Sprouse, Tucker & Ford, PC, P.O. Box 1199, Columbus, GA 31902-1199
Hiawatha Phillip Thornton, 168567, Smith State Prison, P.O. Box 726, Glennville, GA 30427

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate