IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

HIAWATHA PHILLIP THORNTON,

    Plaintiff,

vs.

ALBERT WILLIFORD, JR., CO II;
LT. R. GOURLEY, Nurse; Nurse MOCK;
Captain McGAULEY; TONY HOWERTON;
RANDALL HOLDEN; and STEVE
ROBERTS

    Defendants.

CIVIL ACTION NO.: CV503-072

### ORDER

Plaintiff, an inmate currently incarcerated at Smith State Prison, in Glennville, Georgia, filed a Notice of Appeal and a Motion to Proceed in forma pauperis on appeal on June 13, 2005. Pursuant to 28 U.S.C. § 1915 and the Rules of the Eleventh Circuit Court of Appeals, Plaintiff must pay the $255.00 for filing his notice of appeal.

Accordingly, the Court's Order dated September 16, 2003, is hereby amended to reflect that Plaintiff's financial obligation for filing a complaint and a notice of appeal in this case totals $405.00. Plaintiff's custodian is directed to continue deductions from Plaintiff's Inmate Trust Account in the same manner as set forth in the September 16, 2003 Order until the total amount is paid. All other terms of the September 16, 2003 Order remain unchanged. The Clerk is directed to serve a copy of the September 16, 2003 Order and a copy of this Order upon Plaintiff and Plaintiff's current custodian.

SO ORDERED, this 26th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)